# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>NICHOLAS W. TRUBISKY AKA NICK W TRUBISKY, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-00126<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served NICHOLAS W. TRUBISKY AKA NICK W TRUBISKY the above process on the 20 day of February, 2017, at 6:19 o'clock, PM, at 1341 Tyson Avenue Philadelphia, PA 19111, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[X] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

\* Name: TONY (REFUSED LAST NAME)
Relationship/Title/Position: CO-RESIDENT
Remarks: _____
Description: Approximate Age 36-40   Height 5'6   Weight 165   Race WHITE   Sex MALE   Hair BROWN
Military Status: [X] No   [ ] Yes   Branch: _____

Commonwealth/State of _Pa_      )
                                 ) SS:
County of _Berks_                )

Before me, the undersigned notary public, this day, personally, appeared _D'wayne Henriksson_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158124
Case ID #: 4816419

Subscribed and sworn to before me
this _24_ day of _Feb_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017